IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MELVIN TAYLOR, | ) ) |
| Defendant. | ) ) |

CASE NO. 2:04-cv-1204-F
WO

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

Upon consideration of the parties' Stipulation to Judgment and Permanent Injunction (Doc. #9), filed March 18, 2005, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) Judgment is entered in favor of the Plaintiffs and against the Defendant, Melvin Taylor ("Taylor");

(2) Taylor shall pay to Plaintiffs in settlement of this action the amount of $3550.00;

(3) Taylor shall pay to Plaintiffs the costs of suit in the action in the amount of $200.00;

(4) Taylor is hereby is enjoined from directly or indirectly infringing upon Plaintiffs' rights under federal or state law in the copyrighted sound recordings at issue in this case,[1] and

---

[1] Those sound recordings are as follows: "Wish You Were Here" (SR# 306-181) by Incubus from the album *Morning View*, copyright owned by Sony BMG Music Entertainment; "Face To Face" (SR# 90-025) by Alabama from the album *Just Us*, copyright owned by BMG Music; "Thank God I Found You" (SR# 276-595) by Mariah Carey from the album *Rainbow*, copyright owned by Sony BMG Music Entertainment; "Two People Fell in Love" (SR# 298-930) by Brad Paisley from the album *Part II*, copyright owned by Arista Records, LLC; "Dontchange"

in any other sound recording, whether now in existence or later created, that are owned or controlled by the Plaintiffs or any parent, subsidiary, or affiliate record label of Plaintiffs ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs, or by causing, authorizing, permitting, or facilitating any third party to do the same;

(5) Taylor shall destroy all copies of Plaintiffs' Recordings that Taylor and/or any third party that has used the Internet connection and/or computer equipment owned or controlled by Taylor to download without Plaintiffs' authorization onto any computer hard drive or server owned or controlled by Taylor, and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Taylor's possession, custody, or control;

(6) Nothing contained in this Final Judgment and Permanent Injunction shall limit the right of Plaintiffs to recover damages for any and all infringements by Taylor of any right under federal copyright law or state law occurring after the date Taylor executed the

---

(SR# 308-859) by Musiq from the album *Juslisen*, copyright owned by UMG Recordings, Inc.; "How's It Going to Be" (SR# 188-673) by Third Eye Blind from the album *Third Eye Blind*, copyright owned by Elektra Entertainment Group, Inc.*; and* "All You Wanted" (SR# 303-732) by Michelle Branch from the album *Sprit Room*, copyright owned by Maverick Recording Company.

Stipulation to Judgment and Permanent Injunction;

(7)  Taylor shall not make any public statements that are inconsistent with any term of the Stipulation to Judgment and Permanent Injunction;

(8)  The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Final Judgment and Permanent Injunction; and

(9) The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 11th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE